| Date | Pleading Number | |
|---|---|---|
| 8/25/75 | 1 | MOTION AND BRIEF -- Defendants Esmark, Inc and Vickers Energy Corp. SUGGESTED TRANSFEREE DISTRICT -- N.D. ILLINOIS |
| 9/2/75 | | HEARING ORDER -- Setting A-1, A-2, A-3 for hearing, September 26, 1975 Los Angeles, Calif. |
| 9/3/75 | | APPEARANCES -- LILLIAN H. MCNALLY - Alex Elson, Esq; FRANK S. NORMANN Louis J. Koerner, Esq.; COLLEGE RETIREMENT EQUITIES FUND - Sheldon Oliensis, Esq.; ESMARK, INC., VICKERS ENERGY CORP, RICHARD BOUSHKA, BONALD F. KELLY, ROBERT W. RENEKER, ROBERT D. PHILLIPS, JACK A. VICKERS EDWARF F. SWIFT, LESTER CROWN, JEROME C. EPPLER, WILLIAM B. JOHNSON, ARNOLD LAFORCE, BROOKS MCCORMICK, W. ALLEN WALLACE, RICHARD D. ARNEY, ROBERT E. PANLENCHAR GEORGE S. PATTERSON -- Susan Getzendanner, Esq., TRANSOCEAN OIL, INC., STORMY F. SMITH, GARRETT A. MAYRON FOREST E. HARRELL DAVID A. BAKER , JAMES R. ROEDEL John B. Holstead, Esq., EDWARD J. HUDSON, WILLIAM A. ALEXANDER William Key Wilde, Esq. |
| 9/8/75 | 2 | RESPONSE -- MEMO -- COLLEGE RETIREMENT EQUITIES FUND w/cert. of service |
| 9/10/75 | 3 | RESPONSE -- LILLIAN H. MCNALLY w/cert. of service |
| 9/11/75 | 4 | RESPONSE -- FRANK S. NORMAN AND ROBERT R. NORMAN w/cert. of service |
| 9/16/75 | 5 | REPLY -- Esmark, Inc. and Vickers w/cert. of service |
| 9/22/75 | 6 | RESPONSE -- LILLIAN H. MCNALLY w/cert. of service |
| 9/22/75 | | REQUEST TO FILE -- LILLIAN H. MCNALLY -- GRANTED YO 9/22/75 |
| 10/16/75 | 7 | REPORT ON STATUS -- ESMARK AND VICKERS ENERGY CORP. w/cert. of service |
| 10/22/75 | 8 | REPORT ON STATUS -- FRANK S. NORMAN. w/cert. of service |
| 10/23/75 | | ORDER -- DEFERRING PANEL DECISION ON THE QUESTION OF 28 U.S.C. §1407 TRANSFER FOR AN INDEFINITE PERIOD AND DIRECTING COUNSEL TO FILE STATUS REPORTS -- Notified clerks, involved judges, all service counsel |
| 1/29/76 | 11 | STATUS REPORT -- FRANK S. NORMAN |
| 1/30/76 | 9 | STATUS REPORT -- ESMARK |
| 1/30/76 | 10 | STATUS REPORT -- NEW YORK PLAINTIFFS |
| 2/2/76 | 12 | STATUS REPORT -- ILLINOIS PLAINTIFFS |
| 2/4/76 | 13 | SUPPLEMENT TO STATUS REPORT -- ILLINOIS PLAINTIFFS (MCNALLY & ESMARK) |
| 2/10/76 | 14 | SUPPLEMENTAL STATUS REPORT NEW YORK PLAINTIFFS W/cert. of service |
| 2/18/76 | 15 | SUPPLEMENTAL STATUS REPORT -- MOVANTS ESMARK, INC. AND VICKERS |
| 5/21/76 | | CONSENT OF TRANSFEREE COURT -- For Judge Joel M. Flaum to handle litigation in the N.D. Illinois under 28 U.S.C. §1407 |
| 5/21/76 | | OPINION AND ORDER transferring A-2 and A-3 to the N.D. Illinois for 28 U.S.C. §1407 pretrial proceeding before Judge JOEL M. FLAUM. |
| 5/26/76 | | ORDER -- REASSIGNING LITIGATION UNDER 28 U.S.C. §1407 to EDWIN A. ROBSON Notified all recipients of Opinion and Order filed 5/21/76 |
| 9/29/78 | | ORDER -- REASSIGNING LITIGATION UNDER 28 U.S.C. §1407.to Judge Hubert L. Will  (cds) |

## Description of Litigation

### MDL-223 -- IN RE TRANSOCEAN TENDER OFFER SECURITIES LITIGATION

#### Summary of Panel Action

Date(s) of Hearing(s): 9/26/75

Date(s) of Opinion(s) or Order(s): 5/21/76

Consolidation Ordered: xx  Name of Transferee Judge: ~~Hon. Frank M. Ervin A. Robson~~ HUBERT L. WILL by order 9/29/78

Consolidation Denied: ____  Transferee District: NORTHERN DISTRICT OF ILLINOIS

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Lillian H. McNally, etc. v. Esmark, Inc., et al. | N.D. Ill. ~~Kirkland~~ | 74C 2985 | | | 8/31/79 | judgment |
| A-2 | Frank S. Normann, etc. v. Vickers Energy Corp., et al. | E.D. La. ~~Christenberry~~ West | 74-2825 Section A(H) | 5/21/76 | 76C 2254 | 1/25/82 | judgment |
| A-3 | College Retirement Equities Fund et al. v. Esmark, Inc., et al. | S.D.N.Y. Owen | 75 Civ 3837 | 5/21/76 | 76C 2208 | 6/25/80 | |

July 1980 - Closed

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 223 -- IN RE TRANSOCEAN TENDER OFFER SECURITIES LITIGATION

| Plaintiff | Defendants |
|---|---|
| LILLIAN H. MCNALLY, ET AL. (A-1)<br>Alex Elson, Esquire<br>Elson, Lassers & Wolff<br>11 South LaSalle Street<br>Chicago, Illinois 60603 | TRANSOCEAN OIL, INC.<br>STORMY F. SMITH<br>GARRETT A. MAYRON<br>FORREST E. HARRELL<br>DAVID A. BAKER<br>JAMES R. ROEDEL |
| FRANK S. NORMANN, ETC. (A-2)<br>Louis J. Koerner, Esquire<br>Koerner & Babst<br>730 Camp Street<br>New Oreleans, Louisiana 70130 | John B. Holstead, Esquire<br>Vinson, Elkins, Searls<br>  Connally & Smith<br>First National Bank Building<br>Houston, Texas 77002 |
| COLLEGE RETIREMENT EQUITIES FUND<br>  ET AL. A-3)<br>Sheldon Oliensis, Esquire<br>Kaye, Scholer, Fierman, Hays &<br>  Handler<br>425 Park Avenue<br>New York, New York 10022 | EDWARD J. HUDSON<br>WILLIAM A. ALEXANDER<br>William Key Wilde, Esquire<br>Bracewell & Patterson<br>1808 First City National<br>  Bank Building<br>Houston, Texas 77002 |
| ESMARK, INC.<br>VICKERS ENERGY CORP.<br>RICHARD BOUSHKA<br>DONALD P. KELLY<br>ROBERT D PHILLIPS<br>JACK A. VICKERS<br>ROBERT W. RENEKER<br>EDWARD F. SWIFT<br>LESTER CROWN<br>JEROME C. EPPLER<br>WILLIAM B. JOHNSON<br>ARNOLD LAFORCE<br>BROOKS MCCORMICK<br>W. ALLEN WALLACE<br>RICHARD D. ARNEY<br>ROBERT E. PANLENCHAR<br>GEORGE S. PATTERSON<br>  Susan Getzendanner, Esquire<br>  Mayer, Brown & Platt<br>  231 South LaSalle Street<br>  Chicago, Illinois 60604 | |

JP Form 3

p. 1

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 223 -- IN RE TRANSOCEAN TENDER OFFER Securities LITIGATION
dc

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| ESMARK, INC. | A-1   A-2   A-3 |
| VICKERS ENERGY CORP. | A-1   A-2   A-3 |
| TRANSOCEAN OIL, INC. | A-1   A-2   A-3 |
| WILLIAM A. ALEXANDER | A-1   A-3 |
| RICHARD J. BOUSHKA ✓ | A-1   A-3 |
| EDWARD J. HUDSON | A-1   A-3 |
| DONALD P. KELLY | A-1   A-3 |
| ROBERD D. PHILLIPS ✓ | A-1   A-3 |
| STORMY F. SMITH ✗ | A-1   A-3 |
| JACK A. VICKERS ✓ | A-1   A-3 |

| Name | | Codes |
|---|---|---|
| ROBERT W. RENEKER | ✓ | A-1   A-3 |
| EDWARD F. SWIFT | ✓ | A-1   A-3 |
| LESTER CROWN | ✓ | A-1   A-3 |
| JEROME C. EPPLER | ✓ | A-1   A-3 |
| WILLIAM B. JOHNSON | ✓ | A-1   A-3 |
| ARNOLD LAFORCE | ✓ | A-1   A-3 |
| BROOKS MCCORMICK | ✓ | A-1   A-3 |
| W. ALLEN WALLACE | ✓ | A-1   A-3 |
| GARRETT A. MYRON | ✓ | A-3 |
| FORREST E. HARRELL | ✓ | A-3 |
| DAVID A. BAKER | ✗ | A-3 |

JP Form 3

p. 3

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 223 -- IN RE TRANSOCEAN TENDER OFFER SECURITIES LITIGATION
dc

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| JAMES B. ROEDEL | A-3 |
| RICHARD D. ARNEY ✓ | A-3 |
| ROBERT E. PALENCHAR ✓ | A-3 |
| GEORGE S. PATTERSON ✓ | A-3 |
| | |
| | |
| | |
| | |
| | |